IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

ESTERINE JULUN,                          §
                                         §
    *Plaintiff,*                           §
                                         §          CIVIL ACTION NO. 1:23-CV-00310
VS.                                      §          JUDGE MICHAEL J. TRUNCALE
                                         §
BOB HOPE SCHOOL,                         §
                                         §
    *Defendant.*                          §

## <u>ORDER GRANTING JOINT MOTION TO DISMISS</u>

Before the Court is the Parties' Joint Motion to Dismiss. [Dkt. 63]. The Parties advise the Court that all matters in controversy have been settled and they now file the present motion seeking a dismissal with prejudice as to all claims filed herein. After considering the Parties' joint motion, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Dismiss [Dkt. 63] is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorney's fees and cost shall be borne by the Party incurring same, that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 6th day of January, 2026.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge